TRUMP SECURITIES, LLC, et al., Respondents, v PUROLITE COMPANY et al., Appellants, et al., Defendant.

Submitted May 6, 2013; decided June 26, 2013

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3 at 436-437 [3d ed rev]).

Judge ABDUS-SALAAM taking no part.